ORIGINAL

**COURT OF COMMON PLEAS**
**CIVIL DIVISION**
**HAMILTON COUNTY, OHIO**

A 2 0 0 3 9 1 8

BRITTANY L. THOMPSON
3536 Zinsle Avenue
Cincinnati, Ohio 45213

        :

     Plaintiff,

vs.

WILLIAM NONA
2161 West Horizon Drive
Hebron, Kentucky 41048

and

UBER TECHNOLOGIES, INC.
c/o CT Corporation Systems
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

and

OHIO DEPARTMENT OF MEDICAID
c/o Joseph M. McCandish, Esq.
150 East Gay Street, 21st Floor
Columbus, Ohio 43215

     Defendants.

CASE NO. _____
JUDGE _____

**COMPLAINT FOR DAMAGES**
**WITH JURY DEMAND**

**REGULAR MAIL WAIVER**



D130271705 INI

**REGULAR MAIL WAIVER**

**REGULAR MAIL WAIVER**

CLERK OF COURTS
HAMILTON COUNTY, OH
COURT OF COMMON PLEAS
2020 NOV -6 P 3: 35
FILED

    \*     \*     \*     \*     \*     \*     \*

   NOW COMES Plaintiff, Brittany Thompson (hereinafter "Plaintiff"), by and through the undersigned counsel, and for her Complaint against Defendants William Nona (hereinafter "Defendant Nona") and Uber Technologies, Inc. (hereinafter "Defendant Uber"), states as follows:

**COUNT ONE**

1.   On or about November 9, 2018, at approximately 4:48 p.m., Plaintiff was lawfully riding as a passenger in a 2015 Hyundai Elantra not owned by her, which vehicle was lawfully traveling North on Reading Road, in the City of Cincinnati, Hamilton County, Ohio.

2.   At this same date, time and place, Defendant William Nona (Kentucky Driver's License No. NO4164442), whose residence is believed to be located at 2161 West Horizon Drive, Hebron, Kentucky 41048, was operating a 2016 Toyota Camry (Kentucky License Plate No. 997VDF), traveling south on Reading Road, and made a left turn onto Eden Park Drive while not in the left turn lane, striking Plaintiff's vehicle on the front driver's side, and causing Plaintiff's vehicle to strike a third vehicle in the adjacent lane.

3.   At this same date, time and place, and/or at such other date, time and place as r be proven at Trial, Defendant Nona, while operating said Toyota Camry, did negligentl

EXHIBIT
1



VERIFY RECORD

and carelessly operate his vehicle, and, as a direct and proximate result of said wrongful act, the motor vehicle operated by Defendant Nona crashed into the vehicle in which Plaintiff was a passenger. Said negligence and carelessness included, but was not limited to, the following acts: Defendant Nona failed to stop before turning to allow Plaintiff's vehicle to clear the intersection; Defendant Nona failed to yield the right of way to vehicles lawfully entering the intersection and traveling North on Reading Road, including the vehicle in which Plaintiff was riding; Defendant Nona failed to use the correct lane to turn left and was cited by the responding officer for Improper Signal or Turn, a violation of Cincinnati Code Section 506-80; Defendant Nona failed to keep a proper lookout for Plaintiff and other persons similarly situated on the roadway; and Defendant Nona failed to maintain control of his vehicle so as to operate his vehicle with due care for the safety of Plaintiff and others upon the roadway.

4.      Defendant Nona otherwise committed acts, which acts were negligent and in breach of a duty or duties owed to Plaintiff, and violated Ohio statutes, along with City of Cincinnati ordinances, violation of which requires assignment of negligence and liability and responsibility to Defendant Nona as a matter of law, any or all of which proximately caused the collision and injuries as set forth herein, and as a result of which Defendant Nona is liable for the damages and injuries suffered by Plaintiff as set out below.

5.      As a direct and proximate result of the aforesaid wrongful conduct of Defendant, and the collision caused thereby, Plaintiff sustained bodily injuries, including, but not limited to, severe trauma to her left arm including a left humerus fracture, and right ankle swelling and pain, which injuries produced pain, suffering, and disability, and required Plaintiff to take time away from her employment, as well as to seek medical diagnosis and treatment, including, but not limited to, being transported by ambulance to University of Cincinnati Medical Center, were she was examined, admitted, and treated for her injuries, and for which she incurred medical expenses in excess of twenty-nine thousand dollars ($29,000.00); and due to the permanent and progressive nature of said injuries, Plaintiff has and will in the future be required to seek additional medical diagnosis and treatment, and has had and will experience pain, suffering, loss of income, and disability, and has had and will in the future incur medical expenses, including additional surgery and physical therapy, all to the substantial damage of Plaintiff in an amount as will be proven at Trial.

6.      As a direct and proximate result of the aforesaid wrongful conduct of Defendant, and the collision caused thereby, Plaintiff has experienced pain and suffering, and has been unable, and will in the future be unable, to enjoy her usual and customary activities, all to her loss in an amount to be proven at Trial.

## COUNT TWO

7.      Plaintiff reasserts and realleges paragraphs 1 through 6 above, as if fully rewritten herein.

8.      At said time and place of the collision set forth above, Defendant Nona was in the employ of Defendant Uber Technologies, Inc. ("Defendant Uber"), or one of its subsidiaries, or a parent corporation and its subsidiaries, as an employee, independent contractor, agent, owner-operator, servant, and/or otherwise in a representative capacity, making Defendant Uber responsible for the injuries and damages caused to Plaintiff as a result of of Defendant Nona's negligent and careless acts as aforesaid, under the legal theory of *respondeat superior* or otherwise.

9.      As a direct and proximate result of the wrongful acts of Defendants, Plaintiff was injured as set out in Count One above, for which injury, loss and damage Defendants Nona and Uber are both jointly and severally liable.

## COUNT THREE

10.    Plaintiff reasserts and realleges paragraphs 1 through 9 above, as if fully rewritten herein.

11.    At the same time and place of the above collision as aforesaid, Plaintiff was covered for her medical expenses under a policy of insurance issued to her by the Ohio Department of Medicaid/Caresource (hereinafter "Defendant Medicaid"), which did write a certain policy of group health insurance for the United States Secretary of Health and Human Services, under which policy of health insurance Plaintiff was insured for medical expenses which were incurred as a result of the above injuries (said policy of health insurance is in the possession of and under the control of Defendant Medicaid and, therefore, a copy is not available to Plaintiff for attachment hereto).

12.    Defendant Medicaid has paid medical expenses incurred by Plaintiff and resulting from her injuries as aforesaid in an unknown amount as may be proven at Court and, therefore, has an interest relating to the subject matter of this action as a subrogee in said amount, and pursuant to the above contract of insurance.

WHEREFORE, Plaintiff Brittany L. Thompson prays for judgment against Defendants William Nona and Uber Technologies, Inc., both jointly and severally, in the amount in excess of twenty-five thousand dollars ($25,000.00), representing fair and just compensation for her personal injury; compensatory and consequential damages; losses; pain and suffering; disability; out of pocket expenses; loss of time and income from employment; interest; and her costs herein, together with any and all other relief to which Plaintiff may be entitled, at law or in equity.

FURTHER, Plaintiff requests that the Court determine the rights and interests of Defendant Medicaid as arising out of the injuries herein, should the said Defendant assert claims based upon its rights of subrogation.

Respectfully submitted,

CHARLES H. BARTLETT, JR. (0017609)
*Attorney for Plaintiff Brittany L. Thompson*
917 Main Street, Suite 300
Cincinnati, Ohio 45202
(513) 977-4212   (513) 977-4218 Fax
lawyerchb@gmail.com

## PRAECIPE

TO THE CLERK:   Please serve the above Complaint upon Defendants by certified mail return receipt, first class waiver requested.

## JURY DEMAND

Plaintiff demands a Trial by Jury of all issues.



## COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

**Brittany Thompson**

CASE NO. \_\_\_\_ **A 2 0 0 3 9 1 8**

VS

**William Nona, et al.**

DOCUMENT TO BE SERVED & ITS FILED DATE

**Complaint**

PLAINTIFF/DEFENDANT  REQUESTS:

- [✔] CERTIFIED MAIL SERVICE
- [ ] PERSONAL SERVICE
- [ ] PROCESS SERVICE
- [ ] REGISTERED INTERNATIONAL

- [ ] EXPRESS MAIL SERVICE
- [ ] REGULAR MAIL SERVICE
- [ ] RESIDENCE SERVICE
- [ ] FOREIGN SHERIFF

2020 NOV -6 P 3: 35
CLERK OF COURTS
HAMILTON COUNTY OH
COMMON PLEAS

ON:

1) **William Nona**

**2161 W. Horizon Drive**

**Hebon, Kentucky 41048**

3) **Ohio Dept. of Medicaid**

c/o Joseph McCandish, Esq.

150 East Gay Street, 21st Floor

**Columbus, Ohio 43215**

2) **Uber Technologies, INc.**

c/o CT Corporation Systems

4400 Easton Commons Way, suite 125

**Columbus, Ohio 43219**

4) _____

**Charles H. Bartlett, Jr.**

ATTORNEY
917 Main, ste 300, 45202

ADDRESS

**513-977-4212**

PHONE NUMBER
**0017609**

ATTORNEY NUMBER

Revised 9-18-18

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

REQUEST AND INSTRUCTIONS FOR ORDINARY MAIL SERVICE

**Brittany Thompson**

**Plaintiff**

-vs-

**William Nona, et al.**

**Defendant**

**INSTRUCTIONS TO THE CLERK**

**A 2 0 0 3 9 1 8**

**CASE NUMBER:** _____

**IF SERVICE OF PROCESS BY CERTIFIED MAIL IS RETURNED BY THE POSTAL AUTHORITIES WITH AN ENDORSEMENT OF "REFUSED" OR "UNCLAIMED" AND IF THE CERTIFICATE OF MAILING CAN BE DEEMED COMPLETE NOT LESS THAN FIVE (5) DAYS BEFORE ANY SCHEDULED HEARING, THE UNDERSIGNED WAIVES NOTICE OF THE FAILURE OF SERVICE BY THE CLERK AND REQUESTS ORDINARY MAIL SERVICE IN ACCORDANCE WITH CIVIL RULE 4.6 (C) OR (D) AND CIVIL RULE 4.6 (E).**

**Charles H. Bartlett, Jr.**

**ATTORNEY OF RECORD**          **(TYPE OR PRINT)**

**11/06/2020**

**DATE**

**ATTORNEY'S SIGNATURE**

2020 NOV -6 P 3: 35

CLERK OF COURTS
HAMILTON COUNTY, OH
COMMON PLEAS

FILED



**Aftab Pureval, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
www.courtclerk.org

## NOTIFICATION FORM

D130276873

### CASE INFORMATION

Date: _11- 6 2009 918_
A 2 0 0 3 9 1 8

Case No.: _____

Caption: _Brittany Thompson_ vs _William Nona, et al_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ATTORNEY INFORMATION

Attorney Name: _Charles H. Bartlett, Jr._

Attorney Address: _same_
Firm _917 Main St., Suite 300_
Street Number
_Cincinnati, Oh 45202_
City, State, Zip
_(513) 977-4212_
Phone Number
_977-4218_
Fax Number
_lawyerchb@gmail.com_
E-Mail Address

Ohio Attorney Supreme Court No.: _0017609_

☐ Address Change Only

☒ Request Case Notification / Not a Party Defendant

2020 NOV -6 P 3: 31
CLERK OF COURTS
HAMILTON COUNTY, OH
COMMON PLEAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COURT PARTY INFORMATION

Name of Client: _Brittany Thompson_  ☑ Plaintiff  ☐ Defendant

Name of Client: _____  ☐ Plaintiff  ☐ Defendant

Name of Client: _____  ☐ Plaintiff  ☐ Defendant

Name of Client: _____  ☐ Plaintiff  ☐ Defendant

Name of Client: _____  ☐ Plaintiff  ☐ Defendant

Substituted for: _____ (if applicable)

Rev. 08/03/2017

COURT OF COMMON PLEAS
CIVIL DIVISION
HAMILTON COUNTY, OHIO

BRITTANY L. THOMPSON                     :      CASE NO. __A 2 0 0 3 9 1 8__
3536 Zinsle Avenue                              JUDGE _____
Cincinnati, Ohio 45213                   :

                    Plaintiff,            :

vs.                                       :      **AFFIDAVIT OF INDIGENCY**

WILLIAM NONA, ET AL.                      :
2161 West Horizon Drive
Hebron, Kentucky 41048                    :

                    Defendants.

STATE OF OHIO          )
                       )  SS:         ‖‖‖‖‖‖‖‖‖‖‖‖
COUNTY OF HAMILTON     )              D130271714

After being duly cautioned and sworn, I hereby state the following information is true to the best of my knowledge and belief. I understand I am subject to criminal charges for providing false information.

I.   **INCOME**                                                    Net Monthly Pay
     1.   Employer: <u>CVS Pharmacy</u>
          Position: pharmacy tech (part time)                      $1,083-1,300.00
          Spouse's Employer: ___N/A___                             $0.00
     2.   Alimony/child support received                           $0.00
     3.   Public benefits received (ADC, SS, SSI, WC, etc.)        $**
     4.   Other income (pension, interest, etc.)                   $0.00
          ** I receive Caresource and Ed Choice for my children

                              TOTAL MONTHLY INCOME  <u>$1,083-1.300.00</u>

II.  **ASSETS**
     1.   Cash on hand $0.00
          Cash in bank  $20.00
          Cash at home $0.00                 TOTAL CASH  $20.00
     2.   Own house?  Yes/**No**  How Long? _____    Value  $0.00
     3.   Own motor home? Yes/**No**
          Make _____ Year _____           Value  $0.00
     4.   Other property?  **Yes**/No (Ford Freestyle)  Value  $2,000.00

III. **DEBTS/EXPENSES***

     <u>Monthly living expenses</u>                                $1,420.00
     _____              $_____
     _____              $_____

     *Monthly expenses average $<u>1,420.00</u>   which consist of: <u>utilities, water, telephone/cable, internet, gas, medical bills and prescription drugs, food, house maintenance, insurance, and property taxes.</u>

Page 1 of 2



VERIFY RECORD

IV.    **FAMILY COMPOSITION**
      1.    Number of persons you are required to support          7 plus myself
      2.    Ages of above                                          5,5,6,6,8,10,10
      3.    Their relationship to you (spouse, child, parent, etc.)  children

      I further state that to require me to pay the filing fee and the jury demand deposit at this time would present a financial hardship to me.

      AFFIANT FURTHER SAYETH NAUGHT.

                                                    BRITTANY L THOMPSON, Affiant

      Sworn to before me, a Notary Public in and for said County and State, this 5th day of November, 2020.

                                                    Notary Public

                                          Charles H. Bartlett, JR., Attorney at Law
                                          NOTARY PUBLIC - STATE OF OHIO
                                          My Commission has no expiration
                                          date. Section 147.03 O.R.C.

```
                        COURT OF COMMON PLEAS
                        HAMILTON COUNTY, OHIO
```

BRITTANY L THOMPSON
    **PLAINTIFF**

                                             Use below number on
                                             all future pleadings

       -- vs --

                                   No.  A 2003918
                                      SUMMONS

WILLIAM NONA
    **DEFENDANT**

       WILLIAM NONA
       2161 WEST HORIZON DRIVE              D - 1
       HEBRON KY 41048

You are notified
that you have been named Defendant(s) in a complaint filed by

       BRITTANY L THOMPSON
       3536 ZINSLE AVENUE
       CINCINNATI OH 45213

                                            Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,**
**CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney           AFTAB PUREVAL
CHARLES H BARTLETT JR                 Clerk, Court of Common Pleas
917 MAIN STREET                           Hamilton County, Ohio
SUITE 300
CINCINNATI        OH      45202

                                By  RICK HOFMANN

                                        Deputy

                    Date:   November 10, 2020



D130279194



VERIFY RECORD

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO


BRITTANY L THOMPSON
   **PLAINTIFF**

       Use below number on
       all future pleadings

   -- vs --

       No.  A 2003918
          SUMMONS

WILLIAM NONA
   **DEFENDANT**


   UBER TECHNOLOGIES INC
   CT CORPORATION SYSTEM         D - 2
   4400 EASTON COMMONS WAY STE 125
   COLUMBUS OH 43219


You are notified
that you have been named Defendant(s) in a complaint filed by

   BRITTANY L THOMPSON
   3536 ZINSLE AVENUE
   CINCINNATI OH 45213

             Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.


Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.


If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney      AFTAB PUREVAL
CHARLES H BARTLETT JR        Clerk, Court of Common Pleas
917 MAIN STREET            Hamilton County, Ohio
SUITE 300
CINCINNATI      OH     45202
             By  RICK HOFMANN
                   Deputy


            Date:  November 10, 2020



D130279210



VERIFY RECORD

```
                    COURT OF COMMON PLEAS
                    HAMILTON COUNTY, OHIO
```

BRITTANY L THOMPSON
    **PLAINTIFF**

                                     Use below number on
                                       all future pleadings

       -- vs --

                                No.  A 2003918
                                  SUMMONS

WILLIAM NONA
    **DEFENDANT**

    OHIO DEPARTMENT OF MEDICAID
    CO JOSEPH M MCCANDISH ESQ               D - 3
    150 EAST GAY STREET 21ST FLOOR
    COLUMBUS OH 43215

You are notified
that you have been named Defendant(s) in a complaint filed by

    BRITTANY L THOMPSON
    3536 ZINSLE AVENUE
    CINCINNATI OH 45213

                                                      Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney          AFTAB PUREVAL
CHARLES H BARTLETT JR               Clerk, Court of Common Pleas
917 MAIN STREET                     Hamilton County, Ohio
SUITE 300
CINCINNATI       OH     45202

                           By  RICK HOFMANN
                                       Deputy

                         Date:   November 10, 2020



D130279247



VERIFY RECORD

POSTAL SERVICE™

Date Produced: 11/16/2020

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0929 6207. Our records indicate that this item was delivered on 11/14/2020 at 12:00 p.m. in HEBRON, KY 41048. The scanned image of the recipient information is provided below.

Signature of Recipient :

*William Nona*

Address of Recipient :

*2161 W. Horizon*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:       15921073SEQ1

Date Produced: 11/16/2020

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0929 6214. Our records indicate that this item was delivered on 11/13/2020 at 11:46 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        15921075SEQ1

UNITED STATES POSTAL SERVICE
Case: 1:20-cv-00941-MRB Doc #: 1-1 Filed: 12/03/20 Page: 14 of 28 PAGEID #:
ELECTRONICALLY CERTIFIED MAIL RETURN
SUMMONS & COMPLAINT
A 2003918    D3
OHIO DEPARTMENT OF MEDICAID
FILED: 11/23/2020  6:55:16

Date Produced: 11/23/2020

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0929 6221. Our records indicate that this item was delivered on 11/16/2020 at 07:23 a.m. in COLUMBUS, OH 43216. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    15921077SEQ1

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

ENTERED
DEC - 1 2020

**BRITTANY THOMPSON,**       :      Case No. A2003918

     Plaintiff,                  :      Judge Cooper

v.                                   :

**WILLIAM NONA,**             :      **ENTRY GRANTING LEAVE TO**
                                              **PROCEED IN FORMA PAUPERIS**

     Defendant.              :

---

     Upon consideration of the motion and affidavit of BRITTANY THOMPSON and

following a hearing, pursuant to R.C. 2323.311 the court finds that the movant is unable

to make advance deposits for fees and costs. The motion is therefore granted and the

requirement that said movant make advance deposit in this action is hereby waived.



**MARGARET B. RENTZ,**
**MAGISTRATE**
**COURT OF COMMON PLEAS**



D130455372

VERIFY RECORD

COURT OF COMMON PLEAS
CIVIL DIVISION
HAMILTON COUNTY, OHIO

BRITTANY L. THOMPSON  :   CASE NO. __A 2 0 0 3 9 1 8__
3536 Zinsle Avenue          JUDGE _____
Cincinnati, Ohio 45213     :

Plaintiff,    :

vs.            :   **AFFIDAVIT OF INDIGENCY**

WILLIAM NONA, ET AL.   :
2161 West Horizon Drive
Hebron, Kentucky 41048  :

Defendants.

STATE OF OHIO      )
                   ) SS:
COUNTY OF HAMILTON )

D130271714

After being duly cautioned and sworn, I hereby state the following information is true to the best of my knowledge and belief. I understand I am subject to criminal charges for providing false information.

I.  **INCOME**                                      Net Monthly Pay
    1.  Employer: CVS Pharmacy
        Position: pharmacy tech (part time)          $1,083-1,300.00
        Spouse's Employer: ___N/A___                 $0.00
    2.  Alimony/child support received               $0.00
    3.  Public benefits received (ADC, SS, SSI, WC, etc.)  $**
    4.  Other income (pension, interest, etc.)       $0.00
        ** I receive Caresource and Ed Choice for my children

                    TOTAL MONTHLY INCOME $1,083-1,300.00

II. **ASSETS**
    1.  Cash on hand $0.00
        Cash in bank  $20.00
        Cash at home $0.00              TOTAL CASH $20.00
    2.  Own house?  Yes/**No**  How Long? _____   Value $0.00
    3.  Own motor home? Yes/**No**
        Make _____ Year _____     Value $0.00
    4.  Other property? **Yes**/No (Ford Freestyle)  Value $2,000.00

III. **DEBTS/EXPENSES***

    Monthly living expenses                          $1,420.00
    _____                  $_____
    _____                  $_____

    *Monthly expenses average $1,420.00  which consist of: utilities, water, telephone/cable, internet, gas, medical bills and prescription drugs, food, house maintenance, insurance, and property taxes.

Page 1 of 2

IV.  **FAMILY COMPOSITION**
1.  Number of persons you are required to support        7 plus myself
2.  Ages of above                                        5,5,6,6,8,10,10
3.  Their relationship to you (spouse, child, parent, etc.)  children

I further state that to require me to pay the filing fee and the jury demand deposit at this time would present a financial hardship to me.

AFFIANT FURTHER SAYETH NAUGHT.

BRITTANY L THOMPSON, Affiant

Sworn to before me, a Notary Public in and for said County and State, this 5th day of November, 2020.

Notary Public

Charles H. Bartlett, JR., Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.



**Aftab Pureval, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
**www.courtclerk.org**

# NOTIFICATION FORM

## CASE INFORMATION

**Date:** 12/8/20

**Case No.:** A2003918

**Caption:** Brittany L. Thompson    **vs**    William Nona, et al.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ATTORNEY INFORMATION

**Attorney Name:** Andrew H. Isakoff

**Attorney Address:** Marshall Dennehey Warner Coleman & Goggin
**Firm**
127 Public Square, Suite 3510
**Street Number**
Cleveland, Ohio 44114
**City, State, Zip**
216-912-3800
**Phone Number**
216-344-9006
**Fax Number**
ahisakoff@mdwcg.com
**E-Mail Address**

**Ohio Attorney Supreme Court No.:** 0037177

☐ **Address Change Only**

☐ **Request Case Notification / Not a Party Defendant**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COURT PARTY INFORMATION

**Name of Client:** William Nona      ☐ **Plaintiff** ☑ **Defendant**

**Name of Client:** _____      ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** _____      ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** _____      ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** _____      ☐ **Plaintiff** ☐ **Defendant**

**Substituted for:**_____**(if applicable)**

**Rev. 08/03/2017**

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | |
|---|---|
| BRITTANY L. THOMPSON, | ) CASE NO. A2003918 |
| | ) |
| Plaintiff, | ) JUDGE ETHNA M. COOPER |
| | ) |
| -vs- | ) **ANSWER OF DEFENDANT WILLIAM** |
| | ) **NONA TO PLAINTIFF'S COMPLAINT** |
| WILLIAM NONA, *et al.,* | ) |
| | ) *(Jury Demand Endorsed Hereon)* |
| Defendants. | ) |

Now comes Defendant William Nona by and through the undersigned counsel, and for his Answer to Plaintiff's Complaint states as follows:

1.      In response to the allegations set forth in Paragraph 1 of Plaintiff's Complaint, Defendant William Nona admits that he was involved in a motor vehicle collision that occurred on the date and at the time and location as described by Plaintiff and, upon information and belief, further admits that Plaintiff was a passenger in the 2015 Hyundai Elantra, one of the vehicles involved in that accident. In further responding to said allegations, Defendant Nona denies the same either for want of knowledge and/or for the truthfulness thereof.

2.      In response to the allegations set forth in Paragraph 2 of Plaintiff's Complaint, Defendant William Nona admits that he was a fully licensed driver in the State of Kentucky and further,  at all times pertinent he resided at the address specified therein and, further,  that he was operating a 2016 Toyota Camry with the license plate as alleged and, further, that he was traveling in a generally southbound direction on Redding Road. Defendant William Nona denies the remaining allegations as set forth in Paragraph 2 of Plaintiff's Complaint.

VERIFY RECORD

3.     Defendant William Nona denies the allegations set forth in Paragraph 3 of Plaintiff's Complaint.

4.     Defendant William Nona denies the allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5.     Defendant William Nona denies the allegations set forth in Paragraph 5 of Plaintiff's Complaint.

6.     Defendant William Nona denies the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7.     In response to Paragraph 7 of Plaintiff's Complaint, Defendant William Nona incorporates by reference as fully rewritten herein his foregoing answer to Paragraphs 1 through 6 of Plaintiff's Complaint.

8.     In so far as the allegations set forth in Paragraph 8 apply to this answering Defendant, Defendant Nona denies that he was employed by Defendant Uber Technologies, Inc., but rather was at all times pertinent an independent contractor. Defendant William Nona denies the remaining allegations set forth in Paragraph 8 of Plaintiff's Complaint.

9.     Defendant William Nona denies the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10.     In response to the allegations set forth in Paragraph 10 of Plaintiff's Complaint, Defendant Nona incorporates by reference as if fully rewritten herein his foregoing answer to Paragraphs 1 through 9 of Plaintiff's Complaint.

11.     Defendant William Nona is without knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of Plaintiff's Complaint and therefore denies the same.

2

12.     Defendant William Nona is without knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of Plaintiff's Complaint and therefore denies the same.

## AFFIRMATIVE DEFENSES

1.     Defendant William Nona denies each and every remaining allegation set forth in Plaintiff's Complaint not heretofore specifically accepted.

2.     Defendant William Nona states that Plaintiff's Complaint fails to state a cause of action upon against him upon which relief can be granted.

3.     Defendant William Nona states that the Plaintiff has failed to name a necessary and indispensable party to the within litigation pursuant to the requirements of Civil Rules 19 and 19.1 of the Ohio Rules of Civil Procedure.

4.     Defendant William Nona states that the Plaintiff failed to mitigate damages.

5.     Defendant William Nona deserves the right to amend this answer to include defenses not currently known, but which may be learned through the course of future discovery.

WHEREFORE, having fully answered the allegations set forth in Plaintiff's Complaint, Defendant William Nona prays that said Complaint be dismissed, with prejudice, at costs to Plaintiff, plus such further and additional relief as this court deems just and proper including costs and attorney fees.

Respectfully submitted,
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:   */s/Andrew H. Iskakoff*
ANDREW H. ISAKOFF (0037177)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone: (216) 912-3800 /Fax: (216) 344-9006
Email: ahisakoff@mdwcg.com
*Counsel for Defendant, William Nona*

3

## JURY DEMAND

Pursuant to Civil Rule 38, a trial by jury composed of the maximum number of jurors by law is hereby demanded on all issues.

*/s/Andrew H. Isakoff*
ANDREW H. ISAKOFF (0037117)
*Counsel for Defendant, William Nona*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, a copy of the foregoing was filed electronically with the Hamilton County Clerk of Courts. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Unrepresented parties will be notified by U.S. regular mail.

Uber Technologies, Inc.
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219
*Defendant*

Ohio Department of Medicaid
c/o Joseph M. McCandish, Esq.
150 East Gay Street, 21st Floor
Columbus, Ohio 43215
*Defendant*

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:  */s/Andrew H. Isakoff*
ANDREW H. ISAKOFF (0037177)
*Counsel for Defendant, William Nona*

4



**Aftab Pureval, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
**www.courtclerk.org**

# NOTIFICATION FORM

## CASE INFORMATION

**Date:** December 14, 2020

**Case No.:** A 2003918

**Caption:** Brittany L. Thompson **vs** William Nona, et al.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ATTORNEY INFORMATION

**Attorney Name:** Jason H. Beehler

**Attorney Address:** Kegler, Brown, Hill + Ritter
**Firm**
65 East State Street, Suite 1800
**Street Number**
Columbus, OH  43215
**City, State, Zip**
614-462-5400
**Phone Number**
614-464-2634
**Fax Number**
jbeehler@keglerbrown.com
**E-Mail Address**

**Ohio Attorney Supreme Court No.:** 0085337

☐ **Address Change Only**

☐ **Request Case Notification / Not a Party Defendant**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COURT PARTY INFORMATION

**Name of Client:** Uber Technologies, Inc.          ☐ Plaintiff  ☑ Defendant

**Name of Client:** _____          ☐ Plaintiff  ☐ Defendant

**Name of Client:** _____          ☐ Plaintiff  ☐ Defendant

**Name of Client:** _____          ☐ Plaintiff  ☐ Defendant

**Name of Client:** _____          ☐ Plaintiff  ☐ Defendant

**Substituted for:** _____ **(if applicable)**

**Rev. 08/03/2017**

**IN THE COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**

BRITTANY L. THOMPSON,

     Plaintiff,

       v.

Case No.: A 2003918

WILLIAM NONA, *et al.*,

     Defendants,

**STIPULATION GRANTING EXTENSION OF TIME**
**TO MOVE OR PLEAD**

     Pursuant to Loc. R. 12 and upon agreement of the parties, Defendant Uber Technologies, Inc. shall have a fourteen (14) day extension of time, until December 25, 2020, within which to answer or otherwise plead in response to Plaintiff's Complaint.  No prior extension of time in which to answer, plead, or otherwise move has been granted to said Defendant.  This stipulated extension does not exceed twenty-eight (28) days and is being filed prior to the expiration of the initial response date.

*/s/ Charles H. Bartlett, Jr.*
Charles H. Bartlett, Jr. (0017609)
917 Main Street
Suite 300
Cincinnati, OH  45202
Tel:  513-977-4212
Fax:  513-977-4218
lawyerchb@gmail.com

*Counsel for Plaintiff*

*/s/ Jason H. Beehler*
Jason H. Beehler    (0085337)
Jane K. Gleaves    (0095942)
Kegler, Brown, Hill & Ritter, LPA
65 East State Street, Ste. 1800
Columbus, Ohio 43215
Tel: 614-462-5400
Fax: 614-464-2634
jbeehler@keglerbrown.com
jgleaves@keglerbrown.com
*Attorneys for Defendant Uber Technologies, Inc.,*


VERIFY RECORD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served via the Court's

Electronic Filing System on December 14, 2020 upon the following parties:

Charles H. Bartlett, Jr. (0017609)
917 Main Street
Suite 300
Cincinnati, OH  45202
Tel:  513-977-4212
Fax:  513-977-4218
lawyerchb@gmail.com

*Counsel for Plaintiff*

*/s/ Jason H. Beehler*
Jason H. Beehler        (0085337)

2

Timothy B. Schenkel (0061110)
Attorney for Defendant,
William Nona

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| BRITTANY L. THOMPSON | : | CASE NO. A2003918 |
| | : | |
| Plaintiff, | : | JUDGE ETHNA M. COOPER |
| vs. | : | |
| | : | **NOTICE OF APPEARANCE** |
| WILLIAM NONA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Comes now the Defendant, William Nona, by and through counsel, and hereby notifies

all parties that Timothy B. Schenkel of Marshall Dennehey will serve as co-counsel for the

Defendant, William Nona, along with Andy H. Isakoff of Marshall Dennehey in the above-styled

action.

Respectfully submitted,

Timothy B. Schenkel (0061110)
Andy H. Isakoff (0037177)
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
312 Elm Street, Suite 1850
Cincinnati, Ohio 45202
Phone: (513) 372-6812
Fax: (513) 372-6801
tbschenkel@mdwcg.com
Attorneys for Defendant,
William Nona



## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served via ordinary U.S. mail, postage prepaid, this ___ day of December, 2020, upon the following parties:

Charles H. Bartlett, Jr.
917 Main Street, Suite 300
Cincinnati, OH  45202
Attorney for Plaintiff,
Brittany L. Thompson

Jason H. Beehler
Jane K. Gleaves
KEGLER, BROWN, HILL & RITTER, LPA
65 East State Street, Suite 1800
Columbus, OH  43215
Attorneys for Defendant,
Uber Technologies, Inc.

Ohio Department of Medicaid
c/o Joseph M. McCandish
150 East Gay Street, 21st Floor
Columbus, OH  43215
Defendant

Timothy B. Schenkel



**Aftab Pureval, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
**www.courtclerk.org**

# NOTIFICATION FORM

## CASE INFORMATION

**Date:** December 14, 2020

**Case No.:** A 2003918

**Caption:** Brittany L. Thompson        **vs** William Nona, et al.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ATTORNEY INFORMATION

**Attorney Name:** Timothy B. Schenkel

**Attorney Address:** Marshall Dennehey Warner Coleman & Goggin
**Firm**
312 Elm Street, Suite 1850
**Street Number**
Cincinnati, OH  45202
**City, State, Zip**
(513) 372-6812
**Phone Number**
(513) 372-6801
**Fax Number**
tbschenkel@mdwcg.com
**E-Mail Address**

**Ohio Attorney Supreme Court No.:** 0061110

☐ **Address Change Only**

☐ **Request Case Notification / Not a Party Defendant**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COURT PARTY INFORMATION

**Name of Client:** William Nona                    ☐ **Plaintiff** ■ **Defendant**

**Name of Client:** _____                ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** _____                ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** _____                ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** _____                ☐ **Plaintiff** ☐ **Defendant**

**Substituted for:** _____ **(if applicable)**

**Rev. 08/03/2017**